# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Margaret Daniels                       CHAPTER 13

Debtor(s)

BKY. NO. 23-12146 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                             Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
28 Aug 2023, 17:13:42, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322