**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Margaret Daniels**<br>　　　　　　　**Debtor**<br><br>**MIDFIRST BANK**<br>　　　　　　　**Movant**<br><br>　　　　　vs.<br><br>**Margaret Daniels**<br>**Kenneth E. West, Trustee**<br>　　　　　　　**Respondents** | **CHAPTER 13**<br><br><br><br><br>**NO.** 23-12146 MDC |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by MIDFIRST BANK, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge