# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Margaret Daniels**<br>　　　　　　　　　　**Debtor**<br><br>**MIDFIRST BANK**<br>　　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Margaret Daniels**<br>**Kenneth E. West, Trustee**<br>　　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-12146 MDC |

## **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **September 29, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Brad J. Sadek, Esq.
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Margaret Daniels
210 Lewis Avenue
East Lansdowne, PA 19050

Date: September 29, 2023

　　　　　　　　　　　　　　　　By: /s/Denise Carlon
　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant