# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 23-12146-MDC

MARGARET DANIELS

210 LEWIS AVENUE

E LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MARGARET DANIELS

  210 LEWIS AVENUE

  E LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK AND COOPER LAW FIRM
  1500 JFK BLVD., SUITE 220
  PHILADELPHIA, PA 19102-

Date: 11/14/2023

                                            /S/ Kenneth E. West
                                            _____
                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee